**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 362 EAL 2021

           Respondent                 :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

           v.                     :

                                  :

ERIC ROGERS,                       :

           Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.